DATE: June 25, 2015

REPLY TO
ATTN OF: Wendi Potter, U.S. Probation Officer

SUBJECT: Noel Mendoza
Case Number: 3:15CR00091

TO: The Honorable Kevin H. Sharp, Chief U.S. District Judge

Mr. Noel Mendoza began his term of supervised release on January 26, 2007, and he is set to terminate supervision on January 25, 2017. He lives with his wife, Yvonne Mendoza, and two daughters at 1987 Waterford Drive in Old Hickory, Tennessee. He is currently in compliance with the conditions of supervised release. Jurisdiction was accepted by Your Honor on June 25, 2015.

A special condition ordered by the original jurisdiction (SDGA) is a 10:00 PM to 6:00 AM curfew. Mr. Mendoza is currently requesting permission to visit his sick and elderly mother in Miami, Florida from June 29 to July 10, 2015 which would require him to be out of compliance with the curfew. The U.S. Probation Office is not opposed to this request.

Please advise as to the Court's decision to allow Mr. Mendoza furlough from the ordered curfew during the aforementioned time frame.

The travel request is hereby __X__ Approved ___ Disapproval on this 25th day of June, 2015.

Chief Judge Kevin H. Sharp